NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.    Criminal Number  1:22-mj-00251-GMH-1

Ryan Swoope
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☐ RETAINED      ☒ FEDERAL PUBLIC DEFENDER

*Edward G. Bryan*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Edward G. Bryan  Ohio Bar 0055556
(Attorney & Bar ID Number)

Federal Public Defender - Ohio Northern District
(Firm Name)

1660 West Second Street, Suite #750
(Street Address)

Cleveland, OH  44113
(City)   (State)   (Zip)

216-522-4856
(Telephone Number)